G.M.C. LAND HOLDINGS, INC. *v.* R.J.G. REALTY, LLC, ET AL.

The petitioner Daniel Henderson's petition for certification for appeal from the Appellate Court (AC 32537) is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Daniel Henderson,* in support of the petition.

Decided April 6, 2011

GIUSEPPE TRIPODI *v.* CARMODY AND TORRANCE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 32661) is denied.

PALMER, J., did not participate in the consideration of or decision on this petition.

*Charles D. Houlihan, Jr.,* in support of the petition.

*Charles A. Deluca* and *William N. Wright,* in opposition.

Decided April 6, 2011

CECILE P. WINDELS *v.* RICHARD WINDELS

The defendant's petition for certification for appeal from the Appellate Court (AC 32767) is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*David N. Rubin,* in support of the petition.

*Norman A. Roberts II,* in opposition.

Decided April 6, 2011